Joe PRADUBSRI, Plaintiff–Appellant,

v.

Captain SMITH; Wendy Reynolds, Nurse, Manning Correctional Institute Medical Staff, Defendants–Appellees.

No. 02–7378.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 10, 2003.

Decided Jan. 30, 2003.

Joe Pradubsri, Appellant Pro Se. John Eric Fulda, Irmo, South Carolina, for Appellees.

Before WILKINS, LUTTIG, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Joe Pradubsri appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Pradubsri v. Smith*, No. CA–01–4077–3–24 BC (D.S.C. filed Aug. 20, 2002, entered Aug. 21, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented

in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*